McGREGOR W. SCOTT
United States Attorney
JOHN K. VINCENT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR.S-03-005-EJG |
| ) | |
| Plaintiff, ) | |
| ) | ORDER RE: RESTITUTION |
| v. ) | |
| ) | |
| ) | |
| ALYN RICHARD WAAGE, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

    This matter came on for a status conference on May 6, 2005. The United States was represented by Assistant U.S. Attorney John K. Vincent.  Defendant Alyn Richard Waage was represented by Assistant Federal Defender Matthew Bockmon.

    Having heard from the parties, and GOOD CAUSE APPEARING THEREFORE, the Court finds that given this case's complexities, including the number of investors in this fraudulent scheme, the amount of funds invested, and the existence of a referral program whereby investors were paid for enticing new investors, it is not possible at this time, or in the near future, for either the government or the probation officer to ascertain each victim and the amount of each victim's loss with sufficient exactitude.  For

1

that reason, the Court declines to make a restitution order in this case pursuant to 18 U.S.C. § 3663A(c)(3).

IT IS SO ORDERED.

DATED: May 6, 2005

/s/ Edward J. Garcia_____
EDWARD J. GARCIA
Senior U.S. District Judge